# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 09 2020**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

_James N. Holland_____, Plaintiff

v.

_City of Denver, Colorado_____,

_Attorney General's office_____,

_Philip J. Weiser_____,

_Skippere Spear_____, Defendant(s).

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names of the defendants listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

## COMPLAINT

| NOTICE |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

James N. Holland

(Name and complete mailing address)

785.342.6583    j.james.inspire @ gmail.com

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    City of Denver, Colorado Attorney General's office

(Name and complete mailing address).  1300 Broadway, 6th floor
Ralph L. Carr Colorado Judicial Center,  Denver, Co  (sixth floor)
80203

(Telephone number and e-mail address if known)
720 508 6124    skip.spear @ coag.gov
patrick.warwick @ coag.gov

Defendant 2:

(Name and complete mailing address)    Philip J. Weiser
Same address as above

(Telephone number and e-mail address if known)    720 508 6124
Skippere spear
Same address as above

Defendant 3:

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4:

(Name and complete mailing address)

(Telephone number and e-mail address if known)

**C.     JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐     Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

☒     Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ____*Kansas*____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of *Denver, Colorado* (name of state or foreign nation).

Defendant 1 has its principal place of business in *Denver, Colorado* (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  _____

Supporting facts:   To my understanding:

Defendant did deceive Plaintiff.

See case #  1:20-cv-00122-SKC

Defendant did harm plaintiff.

See case # 1:20-cv-00122-SKC

etc...

see specifically plaintiff's ~~××××××~~ (replies)

to defendants motion to dismiss.

plaintiff signed _____

10/11/20

4

CLAIM TWO: _____

   Supporting facts:

       See   case #  1:20-cv-00122 SKC

   plaintiff will provide facts as needed
   if judge does not have access to that
   case file.
       plaintiff is disabled and pro se.

## E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

all damages I am allowed by law.

15,000,000. 00

$ fifteen million dollars

see case # 1:20-cv-00122-SKC

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's Signature)

9/28/2020

(Date)

(Revised December 2017)

6